No. 36,949

SCHOOL DISTRICT No. 32 et al., *Appellees,* v. MRS. E. J. RICHARDS et al., SCHOOL REORGANIZATION COMMITTEE OF REPUBLIC COUNTY, *Appellants.*

No. 36,953

SCHOOL DISTRICT No. 19 et al., *Appellees,* v. MRS. E. J. RICHARDS et al., SCHOOL REORGANIZATION COMMITTE OF CLOUD AND REPUBLIC COUNTIES, *Appellants.*

No. 36,958

SCHOOL DISTRICT No. 4 et al., *Appellees,* v. SCHOOL REORGANIZATION COMMITTEE OF WASHINGTON COUNTY, *Appellants.*

(182 P. 2d 881)

(Consolidated)

W. D. VANCE, judge. Opinion filed July 12, 1947.

*Fred Emery,* of Belleville, and *H. N. Hyland,* of Washington, were on the briefs for the appellants.

*M. V. B. Van De Mark,* of Concordia, *F. R. Lobaugh,* of Washington, and *N. J. Ward,* of Belleville, argued the causes, and *A. C. Bokelman,* of Washington, and *Fred Swoyer,* of Belleville, were with them on the briefs for the appellees.

*Per Curiam:* The judgments in the above cases are hereby affirmed upon the authority of *State, ex rel., v. Hines,* ante, p. 300, 182 P. 2d 865, decided June 27, 1947.